AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
2023 JUN 14 AM 11:42
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

# UNITED STATES DISTRICT COURT
for the

Anthony Geno Martinson
_Petitioner_

v.   Case No. 2:23CV419SPC-KCD
_(Supplied by Clerk of Court)_

State of Florida
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Anthony Geno Martinson
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: CCSO-SCH Charlotte County Jail
   (b) Address: 26601 Airport Rd, Punta Gorda, FL 33982
   (c) Your identification number: JCA #91931
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you:
     (b) Docket number of criminal case:
     (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☒ Other (explain): Fugitive Warrant

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☒ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Charlotte County Circuit Court 350 E Marion Ave. Punta Gorda, FL 33950
   (b) Docket number, case number, or opinion number: 23-243-0
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Charge of Fugitive From Justice
   (d) Date of the decision or action: 05/22/2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes     ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Charlotte County Circuit Court
       (2) Date of filing: 05/23/2023
       (3) Docket number, case number, or opinion number: 23-243-0
       (4) Result: immediat denial by Judge to hear my concerns or complaints
       (5) Date of result: 05/23/2023
       (6) Issues raised: Name on warrant does not match my name, no description was provided, warrant number and charge do not match the listed items in the arresting officer's probable cause affidavit, charge listed on warrant doesn't exist, and warrant was not officially marked or signed as executed by a sitting Judge in the issuing court. I also argued that I cannot be a Fugative from Justice because I wasn't in the warrant's issuing state at the time of the commission of the alleged criminal act.
   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes     ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes      ☒ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes      ☒ No
    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____
_____
_____
_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
    ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____
_____
_____
_____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11.  **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No
    If "Yes," provide:
(a)   Date you were taken into immigration custody: _____
(b)   Date of the removal or reinstatement order: _____
(c)   Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes    ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The name listed on the warrant does not match my name. The warrant lacks a description, social security number (or other identifying numbers), and lacks all information required for validity.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
My name is Anthony Geno Martinson, not Anthony C. Martinson. I am a Hispanic Male not a "White Male."

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:** The warrant is not executed or signed by a Judge.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On the warrant, the checkbox to execute the warrant and signature line are not checked and empty or devoid of any markings.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND THREE:** The charge cited on the warrant doesn't exsist.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The warrant cites a charge of "Proobation Violation". Review of the issuing state's Criminal and Civil Revised Codes shows that no such charge or code exsists.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The charge of Fugitive from Justice does not apply to this warrant.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I cannot be a Fugitive from Justice because I was not physically in the issuing state during the commission of the alleged criminal act.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Dismissal of the warrant and all related cases, issuance of an immediate injunction preventing future retaliatory acts by the court, and the issuance of an order for my immediate release from custody.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 06/12/2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 06/08/2023

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_